UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BOBBY GARZA** | **CIVIL DOCKET NO: 5:22-CV-4315** |
| **VERSUS** | **JUDGE DAVID C JOSEPH** |
| **STATE FARM FIRE & CASUALTY COMPANY, ET AL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 17], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Bobby Garza's VOLUNTARY MOTION TO DISMISS [Doc. 16] is GRANTED and that this matter is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers this 20th day of November 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE